UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| ROBBIE LEE PHILLIPS, | ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | 5:18-cv-179-JMH |
| | ) | **JUDGMENT** |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

\*\*\*

Consistent with the Court's memorandum opinion and order entered contemporaneously herewith, Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g), **IT IS ORDERED** and **ADJUDGED** as follows:

(1) The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is entered in favor of the Commissioner with respect to all issues raised herein;

(2) All deadlines and scheduled proceedings are **CONTINUED GENERALLY**;

(3) All remaining claims for relief or pending motions are **DENIED AS MOOT**;

(4) This matter shall be **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**; and

(5) This Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**.

This the 29th day of March, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge